# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY BLACKMAN,<br><br>          Plaintiff,<br><br>     v.<br><br>KEN CLARK, et al.,<br><br>          Defendants. | CASE NO. 1:16-cv-00797-LJO-MJS (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS AND REQUIRE PAYMENT OF FILING FEES IN FULL WITHIN TWENTY-ONE DAYS**<br><br>**(ECF Nos. 2 & 8)**<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff is a state prisoner proceeding pro se in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 14, 2016, the Magistrate Judge issued findings and recommendations (ECF No. 8) to deny Plaintiff's motion to proceed in forma pauperis (ECF No. 2) and to require Plaintiff to pay the filing fee in full. Plaintiff did not object to the findings and recommendations and the time for doing so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304,

the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The Court adopts the findings and recommendations filed on June 14, 2016 (ECF No. 8), in full;
2. Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is DENIED;
3. Plaintiff shall pay the $400 filing fee in full within twenty-one days of entry of this order; and
4. If Plaintiff fails to pay the $400 filing fee in full by the above deadline, all pending motions will be terminated and the action dismissed without prejudice.

IT IS SO ORDERED.

Dated: **July 25, 2016**         **/s/ Lawrence J. O'Neill**
                                  UNITED STATES CHIEF DISTRICT JUDGE