UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY BLACKMAN,<br><br>        Plaintiff,<br><br>   v.<br><br>KEN CLARK, et al.,<br><br>        Defendants. | Case No. 1:16-cv-00797-LJO-MJS (PC)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE**<br><br>**CLERK TO CLOSE CASE** |

Plaintiff is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on June 6, 2016.  (ECF No. 1.) That same day, Plaintiff filed an application to proceed in forma pauperis.  (ECF No. 2.)

On June 15, 2016, the Magistrate Judge assigned to the case issued findings and recommendations to deny Plaintiff's application to proceed in forma pauperis and order Plaintiff to pay the filing fee in full. (ECF No. 8.) The Magistrate Judge determined that as Plaintiff had brought more than three lawsuits that were dismissed for being frivolous or malicious, or failed to state a claim, Plaintiff was subject to 28 U.S.C. 1915(g), which provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be

granted, unless the prisoner is under imminent danger of serious physical injury." The Magistrate Judge determined that as the instant lawsuit arose from the processing of Plaintiff's inmate appeals, Plaintiff did not fall under the imminent danger exception.

On July 25, 2016, this Court issued an order adopting the Magistrate Judge's findings and recommendations in full, denying Plaintiff's application to proceed in forma pauperis, and directing Plaintiff to pay the $400.00 filing fee within twenty-one days. (ECF No. 14.) The twenty-one day deadline passed and Plaintiff did not pay the filing fee, nor did he seek an extension of time in which to do so.

Plaintiff's action may not proceed absent the submission of the filing fee. 28 U.S.C. § 1914. Based on Plaintiff's failure to comply with the Court's order, dismissal of this action is appropriate. See In re Phenylpropanolamine (PPA) Products Liability Litigation, 460 F.3d 1217, 1226 (9th Cir. 2006); Local Rule 110.

Accordingly, it is HEREBY ORDERED THAT:

1. This action is DISMISSED WITHOUT PREJUDICE, based on Plaintiff's failure to pay the filing fee, and
2. The Clerk of the Court shall terminate any and all pending motions and CLOSE the case.

IT IS SO ORDERED.

Dated: **August 19, 2016**         /s/ Lawrence J. O'Neill
                                   UNITED STATES CHIEF DISTRICT JUDGE